JAN 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0001-H |
|           Plaintiff, ) | <u>I N F O R M A T I O N</u> |
|   v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| RAFAEL ARAUJO-BARRERA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
|           Defendant. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about June 11, 2003, within the Southern District of California, defendant RAFAEL ARAUJO-BARRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

CJB:kmm:San Diego
12/17/2007

## Count 2

On or about November 28, 2007, within the Southern District of California, defendant RAFAEL ARAUJO-BARRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

*[signed] Charlotte E. Kaiser for*
CARLA J. BRESSLER
Assistant U.S. Attorney