AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAFAEL ARAUJO-BARRERA | CASE NUMBER: 08 CR 001-H |

I, RAFAEL ARAUJO-BARRERA, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/2/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

X_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER